UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
L.M. ET AL,

                         Plaintiffs,

   -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

24 Civ. 4289 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A status conference having been held on December 13, 2024, the following briefing schedule is set: Plaintiffs shall file their motion for an award of attorneys' fees and costs by January 10, 2025. Opposition papers are due by January 31, 2025. Replies are due by February 11, 2025. There will be no adjournments granted without a showing of good cause.

       SO ORDERED.

Dated:    December 13, 2024
            New York, New York

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge

1