UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————x

L.M. individually and on behalf of her child J.M., a minor,

                Plaintiffs,                          24-cv-4289 (AKH)(SN)

    -against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
———————————————————————————x

## REPLY IN FURTHER SUPPORT OF
## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

In light of the Court's May 21, 2024 Order in *J.H. v. New York City Department of Education*, 23 Civ. 4753 (AKH) (ECF 55), which granted Plaintiffs' Motion for Attorney Fees and Expenses, and disposed of virtually identical arguments made by Defendant here, Plaintiffs believe they have given the Court sufficient argument in their opening papers to support their motion for fees and costs.  Therefore, unless the Court wishes for Plaintiffs to provide a full substantive reply, Plaintiffs respectfully rest on their opening papers.

                              Respectfully submitted,

                              By: _____/s/_____
                              Irina Roller
                              Benjamin J. Hinerfeld
                              **LAW OFFICES OF IRINA ROLLER, PLLC**
                              Attorneys for Plaintiffs
                              40 Wall Street – 28th Floor
                              New York, NY 10005
                              (212) 688-1100