**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
L.M. individually and on behalf of her child
J.M., a minor,

                                Plaintiff,                        24 **CIVIL** 4289 (AKH)

        -against-                                 **JUDGMENT**
                                                                            **For Attorney's Fees and Costs**
NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 29, 2025, Plaintiff is awarded attorney's fees and costs in the amount of $44,514.50 plus post-judgment interest pursuant to 28 U.S.C. § 1961, calculated as of April 29, 2025; accordingly, this case is closed.

**Dated:**  New York, New York
          April 29, 2025

                                                                     **TAMMI M. HELLWIG**
                                                                       **Clerk of Court**

                            **BY:**
                                                                      **Deputy Clerk**